Alan M. Kaufman, Kaufman & Kaufman, San Francisco, CA, for Petitioner.

David V. Bernal, Stuart S. Nickum, OIL, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Mandeep Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), we deny the petition for review.

The BIA did not abuse its discretion in denying Singh's motion to reopen because it was filed more than two years after the BIA's December 3, 2004, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2) (motion to reopen generally must be filed within 90 days of the final administrative order), and Singh failed to

establish grounds for equitable tolling, *see Iturribarria*, 321 F.3d at 897–98.

**PETITION FOR REVIEW DENIED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ivan GUERRERO–MELCHOR,**
**Defendant–Appellant.**

**Nos. 08–10062, 08–10553.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 11, 2010.

Lynne Ingram, Assistant U.S., Emory Thomas Hurley, Assistant U.S., Leta M. Hollon, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Lynn T. Hamilton, Esquire, Hamilton Law Office, PC, Mesa, AZ, Ivan Guerrero-Melchor, Adelanto, CA, Phillip A. Trevino, Esquire, Law Offices of Phillip A. Trevino, Los Angeles, CA, for Defendant–Appellant.

---

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Ivan Guerrero–Melchor appeals from the 92–month sentence imposed following his jury-trial conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Guerrero–Melchor contends that the district court procedurally erred by treating the Sentencing Guidelines as mandatory and by failing to consider the 18 U.S.C. § 3553(a) sentencing factors. The record reflects that the district court was aware of its discretion under the advisory Sentencing Guidelines, adequately considered the § 3553(a) sentencing factors, and provided a reasoned explanation for the sentence imposed. *See United States v. Carty,* 520 F.3d 984, 992–96 (9th Cir.2008) (en banc); *see also United States v. Diaz–Argueta,* 564 F.3d 1047, 1051–52 (9th Cir. 2009).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).